IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHIRLEY L. FAULKNER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **06-735-JPG** |
| **SOUTHERN ILLINOIS RIVERBOAT/ CASINO CRUISES, INC**., | ) ) ) ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Compel. **(Doc. 15)**.

Defendant has not responded to the motion, and the time for doing so has now expired. The court deems the failure to respond to be an admission of the merits of the motion. SDIL-LR 7.1(g).

Plaintiff's Motion to Compel **(Doc. 15)** is **GRANTED**. Defendant shall answer plaintiff's interrogatories and produce the documents requested by **June 11, 2007.**

**IT IS SO ORDERED**.

**DATED: June 4, 2007.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**