IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHIRLEY L. FAULKNER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **06-735-JPG** |
| | ) |
| **SOUTHERN ILLINOIS RIVERBOAT/** | ) |
| **CASINO CRUISES, INC.**, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is Plaintiff's Motion for Sanctions for Refusal to Comply with Court Order Compelling Discovery Responses.  **(Doc. 17)**.  Defendant filed a response, which was stricken because of procedural deficiencies.  **See, Docs. 18 and 19.**

On June 4, 2007, the court granted plaintiff's motion to compel, and ordered defendant to answer plaintiff's interrogatories and produce the documents requested by June 11, 2007.  Plaintiff now seeks sanctions because of defendant's failure to comply with that order.

In its response, defendant admits that it did not respond to plaintiff's written discovery requests as ordered.  The reasons given for the failure is that the search for the requested documents was time-consuming, and, more importantly, the father of one of defendant's attorneys was seriously ill this summer and passed away in early August, 2007.

Defendant states that it has now produced the requested documents, and will serve its interrogatory answers by September 5, 2007.  Defendant also states that it will produce the witnesses under its control for depositions on an expedited basis.

Under the circumstances, the court will not enter sanctions against defendant or its attorneys.

The deadline for completion of discovery was July 9, 2007.  On its own motion, the court will extend the time for discovery, but not the time for filing dispositive motions.

This case is set for a settlement conference on September 19, 2007.  The parties are reminded that settlement statements must be e-mailed to cjppd@ilsd.uscourts.gov by the close of business on September 7, 2007.

Upon consideration and for good cause shown, Plaintiff's Motion for Sanctions for Refusal to Comply with Court Order Compelling Discovery Responses **(Doc. 17)** is **DENIED**.

**The deadline for the completion of discovery is extended to October 12, 2007.  The deadline for filing dispositive motions is not extended.**

This case remains set for a final pretrial conference on November 2, 2007, and for a bench trial on November 19, 2007.

**IT IS SO ORDERED**.

**DATED: September 5, 2007.**

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE

2