# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHIRLEY L. FAULKNER, | ) |
| Plaintiff, | ) |
| v. | ) CV NO. 06-735-JPG-CJP |
| SOUTHERN ILLINOIS RIVERBOAT/ CASINO CRUISES, INC., | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: April 1, 2008**

**NORBERT JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:** *s/ J. Phil Gilbert*
**U. S. DISTRICT JUDGE**